# **RICHARD CARDINALE**

ATTORNEY AT LAW
26 COURT STREET, SUITE 1815
BROOKLYN, NEW YORK 11242
(718) 624-9391

Facsimile: (718) 624-4748
E-mail: richcardinale@gmail.com

June 7, 2012

The Honorable Marilyn Dolan Go
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re:   *Evans v. City of New York, et al.*, 12 CV 1 (MKB) (MDG)

Your Honor:

      I write to inform the Court that I just heard from defense counsel and he consents to an adjournment of the telephonic settlement conference scheduled for Monday, June 11, 2012, at 10:30 a.m.

                        Respectfully,

                        */s/*

                        Richard Cardinale

Copy: Joshua Lax