# RICHARD CARDINALE

ATTORNEY AT LAW
26 COURT STREET, SUITE 1815
BROOKLYN, NEW YORK 11242
(718) 624-9391

Facsimile: (718) 624-4748
E-mail: richcardinale@gmail.com

June 27, 2012

The Honorable Margo K. Brodie
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

    Re:  *Evans v. City of New York*, 12 CV 1 (MKB) (MDG)

Your Honor:

    I write in response to defense counsel's letter dated June 27, 2012.

    First, because defense counsel does not object to my proposed briefing schedule, I request that it be So Ordered.

    Second, contrary to defense counsel's speculation, the judgment was drafted and entered by the Clerk of the Court pursuant to Fed. R. Civ. P. 68(a).

    Respectfully,

    /s/

    Richard Cardinale

Copy: Joshua Lax