UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JAMES EVANS,

                       Plaintiff,

                                                 **ORDER**
v.                                            12-CV-0001 (MKB) (MDG)

THE CITY OF NEW YORK, POLICE OFFICER
MICHAEL GIUDICE, and POLICE OFFICER
RICHARD VARGAS,

                       Defendants.

-----------------------------------------------------------------x

MARGO K. BRODIE, United States District Judge:

        On June 8, 2012, Plaintiff James Evans filed a request for a certificate of default against Defendants City of New York (the "City") and Michael Giudice for their failure to answer or otherwise respond to the Amended Complaint. That same day, Defendants City and Giudice filed a letter opposing Plaintiff's request and filing an answer to the Amended Complaint. Plaintiff's request for a certificate of default is denied, and Defendants' Answer, which was filed with their letter, is accepted.

                                                    SO ORDERED:

                                                    MARGO K. BRODIE
                                                    United States District Judge

Dated: June 11, 2012
       Brooklyn, New York