# RICHARD CARDINALE

ATTORNEY AT LAW
26 COURT STREET, SUITE 1815
BROOKLYN, NEW YORK 11242
(718) 624-9391

Facsimile: (718) 624-4748
E-mail: richcardinale@gmail.com

July 5, 2012

Joshua Lax
New York City Law Department
100 Church Street
New York, NY 10007

      Re:  *Evans v. City of New York*, 12 CV 1 (MKB) (MDG)

Your Honor:

      I represent the plaintiff.  Pursuant to the briefing schedule approved by the Court for my motion for attorney's fees and costs, I enclose the following:

1. Notice of motion;

2. Memorandum of law;

3. Declaration of Richard Cardinale;

4. Time records as an exhibit.

                                    Sincerely,

                                      /s/

                                    Richard Cardinale

Copy: Judge Brodie (by ecf)