# RICHARD CARDINALE

ATTORNEY AT LAW
26 COURT STREET, SUITE 1815
BROOKLYN, NEW YORK 11242
(718) 624-9391

Facsimile: (718) 624-4748
E-mail: richcardinale@gmail.com

July 6, 2012

The Honorable Margo K. Brodie
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re:   *Evans v. City of New York*, 12 CV 1 (MKB) (MDG)

Your Honor:

      I represent the plaintiff in this civil rights case. I write to inform Your Honor that we have reached a settlement agreement on the matter of attorney's fees and costs. Defendants have agreed to pay $8,375 in fees and costs and therefore I will not be filing a motion. A stipulation and order of settlement will be filed next week.

      Respectfully,

      /s/

      Richard Cardinale

Copy: Joshua Lax